UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA S. CERRITO,

    Plaintiff,

v.        Case No. 08-14628

CHARTER TOWNSHIP OF CLINTON and
JAMES GILCREST,

    Defendants.
                                    /

## OPINION AND ORDER GRANTING IN PART
## DEFENDANTS' MOTION TO EXTEND

Pending before the court is a motion to extend, filed by Defendants Charter Township of Clinton and James Gilcrest on August 4, 2009, and stipulated to by Plaintiff Patricia S. Cerrito. On August 11, 2009, the court conducted a telephone conference with counsel on the instant motion.

During the conference, counsel informed the court that the periodic hospitalization of at least one party during the past three months has required the rescheduling of party depositions. Plaintiff's deposition is now scheduled for August 13, 2009, and Defendant Gilcrest's deposition is scheduled for August 28, 2009. Because the parties have already received one extension of the court's scheduling order and have now had nearly seven months of discovery, the court will grant Defendants' motion to extend only in part, extending the discovery deadline until August 28, 2009 and the dispositive motion cutoff to September 4, 2009. Accordingly,

IT IS ORDERED that Defendants' motion to extend [Dkt. # 12] is GRANTED IN PART. It is granted to the extent that the court will extend the discovery deadline to **August 28, 2009**, and the dispositive motion cutoff to **September 4, 2009**.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: August 11, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 11, 2009, by electronic and/or ordinary mail.

      S/Lisa G. Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522