UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA S. CERRITO,

    Plaintiff,

vs.

THE CHARTER TOWNSHIP OF CLINTON,
OFFICER JAMES GILCHRIST,

    Defendants.

Case No. 08-14628

Hon. Robert H. Cleland

Magistrate Judge Virginia M. Morgan

_____/

| KEVIN A. CASEY (P41268) | PETER W. PEACOCK (P37201) |
|---|---|
| CAROL W. GROMBALA (P41597) | Attorney for Defendants |
| Attorneys for Plaintiff | 10 S. Main Street, Ste. 400 |
| P.O. Box 245 | Mt. Clemens, MI 48043 |
| Romeo, MI 48065 | (586) 466-7605 |
| (586) 281-3078 | |

_____/

## STIPULATED PROTECTIVE ORDER

At a session of said Court
held in the City of Detroit
County of Wayne, on September 3, 2009

    PRESENT: Honorable  Robert H. Cleland
                          United States District Court Judge

        This matter having come before the Court on the stipulation of the parties for a Protective Order, the Court directs that any policies, procedures and/or training manuals of the Charter Township of Clinton Police Department produced by Defendants in this litigation, either voluntarily or pursuant to Court Order shall be subject to the following conditions:

        1.    The documents are limited to use in the case of <u>Patricia Cerrito v The Charter Township of Clinton, et al.</u>, Docket No. 08-CV-14628, currently pending in the United States District Court Eastern District of Michigan Southern Division before the Honorable Robert Cleland.

2. The documents may be reviewed only by counsel of record, counsel of record's client, counsel of record's support personnel and such expert witnesses and/or consultants as counsel of record deems necessary for purposes of this litigation, as well as any persons to whom the documents may be presented for evaluation and/or evidentiary purposes such as mediators, judge, or jury, subject to the provisions of Paragraphs 3 and 4 below.

3. Any person to whom the documents are shown must be provided with a copy of this Protective Order and must agree to abide by the terms hereof.

4. No person, including counsel of record, counsel's support personnel and/or any expert witnesses and/or consultants retained by any party in this matter may retain a copy of the documents; a record of the number of copies made, the name of the person(s) to whom copies have been given and all copies of the documents shall be returned to Defendant's counsel, Peter W. Peacock, upon settlement of this matter or upon entry of a final judgment after all appeals have been exhausted.

5. Neither the actual documents, nor the information contained therein, may be disclosed to any other person or entity not identified in this Protective Order, nor used by any person for any purpose other than direct use in this litigation. Any documents covered by the Protective Order shall be submitted to the court under seal.

6. The designation by Defendants' counsel of documents subject to the Protective Order may be challenged by counsel of record pursuant to motion. Documents designated by Defendants' counsel shall remain protected until an order by the court indicates otherwise.

7.	The violation of any provision of this Protective Order shall be deemed a contempt of court, and the court may impose appropriate sanctions in the event of violation of this Protective Order.

   s/Robert H. Cleland
   UNITED STATES DISTRICT COURT JUDGE

Approved as to form and content:


 s/Carol W. Grombala_____
CAROL W. GROMBALA (P41597)
Attorney for Plaintiff


s/Peter W. Peacock_____
PETER W. PEACOCK (P37201)
Attorney for Defendants


Branches.01397.84657.1838956-1

3